Arthur Knox, Respondent, v. Charles A. Ackerman, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

Zadock Wolff and Others, Copartners, etc., Appellants, v. Olney Woolen Mills, a Corporation Organized under the Laws of the State of Massachusetts, Respondent. (No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

Charles A. Marks, Respondent, v. Mayer Mirken and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

Jacob David Wolf, Respondent, v. William M. Baldwin, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of the Application of Alexander Bremer, Appellant, for a Writ of Mandamus against The Musical Mutual Protective Union, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of Proving the Last Will, etc., of John H. Ludwig, Deceased, as a Will of Real and Personal Property. Mary L. Horns and Others, Appellants; Julius Winter and Another, Executors and Trustees, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

Liana R. O'Neil v. McKinley Music Company.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

Joseph Schuessler, as Administrator, etc., v. Augusta T. Riedinger and Others, as Temporary Administrators, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

Charles N. Brizse v. Frederick J. Lisman and Others.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

H. Howard Babcock, as Trustee in Bankruptcy, etc., v. Charles C. Daniels.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

Asher Helsman and Others v. West End Paper Company.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.